[No. 3359.]

FIDELITY and CASUALTY CO. v. WILLIAMS.

Judgment affirmed on the authority of the Metropolitan Casualty Co. v. Bergheim, No. 3358, ante.

*Appeal from Boulder District Court.*  HON. HARRY
   P. GAMBLE, Judge.

Mr. WILLIAM J. MILES, for appellant.

Messrs. REED, WEST & GOSS, for appellee.

WALLING, Judge.

This action was brought upon several policies
of plate glass insurance. The losses sued for and
recovered in the district court occurred at the same
time and from the same cause, as in the case of
*Metropolitan Casualty Insurance Co. v. Bergheim,*
No. 3358. The case was tried upon an agreed state-
ment of facts, somewhat fuller in detailing the cir-
cumstances of the fire and explosion of dynamite in
the railroad yards, than the findings of the court in
the former case, but not different in its substantial
features from such findings. The policies sued on
were of the same general form as in the Bergheim
case, differing only with respect to the phraseology
of the condition relied on in defense, which in this
case was as follows: ''That this company is not
liable to make good any loss or damage which may
happen by or in consequence of any fire (whether
on the premises above described or not), or of in-
vasion, insurrection, riot, or of any military or
usurped power.'' It appeared from the agreed state-
ment of facts that the plate glass which was broken
was located in various buildings, at distances vary-
ing from one thousand to nineteen hundred and fifty
feet from the point where the dynamite was ex-
ploded. A copy of ''the so-called standard fire in-
surance policy of the state of New York'' was at-
tached to the statement of facts as ''exhibit C,''

and it was further stated: "That there is a general custom prevailing and generally known in and throughout the state of Colorado that the owners of buildings insure such buildings against loss or damage by fire, and that the policies evidencing such insurance are generally in the form shown by plaintiff's said exhibit C."

The reasons given for affirming the judgment in the Metropolitan Casualty Insurance Company's case (No. 3358), apply with equal force in this case, and the judgment is accordingly affirmed.

*Affirmed.*

Decided February 13, A. D. 1912. Rehearing denied April 12, A. D. 1912.